608

Submitted November 9, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 592

Commonwealth v. Jackson, Appellant.

Submitted June 28, 1976. Daniel-Paul Alva, and LaCheen, Doner, Lacheen & Gross, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 592

Commonwealth v. Jackson, Appellant.